United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHRYN CSERNA,<br><br>　　　　　　Plaintiff,<br>　v.<br>CENTENNIAL RECREATION CENTER,<br><br>　　　　　　Defendant. | Case No.: 14-CV-00237-LHK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT CASE BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION |

The Court has reviewed Magistrate Judge Paul S. Grewal's Report and Recommendation regarding Plaintiff Kathryn Cserna's motion to remove her case to federal court. The time for objections has passed, and Plaintiff has filed none. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds the Report correct, well-reasoned, and thorough, and accordingly adopts it in its entirety. Accordingly, this action is DISMISSED with prejudice for lack of subject matter jurisdiction. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: February 13, 2014

_____
LUCY H. KOH
United States District Judge

1